IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JON MICHAEL WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:18-CV-971-RAH-JTA |
| COVINGTON COUNTY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

On October 18, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 38.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE, on this the 10th day of November, 2021.

                  /s/ R. Austin Huffaker, Jr.
                R. AUSTIN HUFFAKER, JR.
                UNITED STATES DISTRICT JUDGE